**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br>    RENE A. BERNIER<br><br>                               Debtor | Chapter 7<br><br>Case No. 19-30934-EDK |

### ORDER ON CHAPTER 7 TRUSTEE'S MOTION TO EMPLOY OSTRANDER LAW OFICE AS COUNSEL TO THE TRUSTEE

Upon consideration of the Chapter 7 Trustee's Motion To Employ Ostrander Law Office As Counsel To The Trustee, no objections having been filed, no adverse interests having been represented and sufficient reason having been provided, it is hereby

**ORDERED**, that the Chapter 7 Trustee's Motion To Employ Ostrander Law Office As Counsel To The Trustee is hereby allowed.  All compensation and expenses will be subject to Court approval.

_____    01/31/2020
Honorable Elizabeth D. Katz  Dated:
U.S. Bankruptcy Judge