United States Bankruptcy Court
District of Massachusetts

In re:  
Rene A. Bernier  
     Debtor

Case No. 19-30934-edk  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-3     User: pf     Page 1 of 1     Date Rcvd: Jan 31, 2020  
                  Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.  
db          +Rene A. Bernier,    111 Inglewood Avenue,    Springfield, MA 01119-2720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:  
        David W. Ostrander    on behalf of Trustee David W. Ostrander david@ostranderlaw.com  
        David W. Ostrander    david@ostranderlaw.com, dwo@trustesolutions.net;candace@ostranderlaw.com;dwo@trustesolutions.net  
        Richard King    USTPRegion01.WO.ECF@USDOJ.GOV  
        Robert J. Lefebvre    on behalf of Debtor Rene A. Bernier bob@attorneysgl.com, sue@attorneysgl.com  
                                                                                        TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br>    RENE A. BERNIER<br><br>                    Debtor | Chapter 7<br><br>Case No. 19-30934-EDK |

## ORDER ON CHAPTER 7 TRUSTEE'S MOTION TO EMPLOY OSTRANDER LAW OFICE AS COUNSEL TO THE TRUSTEE

Upon consideration of the Chapter 7 Trustee's Motion To Employ Ostrander Law Office As Counsel To The Trustee, no objections having been filed, no adverse interests having been represented and sufficient reason having been provided, it is hereby

**ORDERED**, that the Chapter 7 Trustee's Motion To Employ Ostrander Law Office As Counsel To The Trustee is hereby allowed.  All compensation and expenses will be subject to Court approval.

_____
                                                    01/31/2020
Honorable Elizabeth D. Katz  Dated:
U.S. Bankruptcy Judge