UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:
    Rene A. Bernier

    Debtor

Chapter 7

Case No. 19-30934-EDK

### ORDER ON TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE, FREE AND CLEAR OF LIENS AND ENCUMBRANCES

Upon consideration of the Trustee's Motion To Sell Property Of The Estate By Private Sale, Free And Clear Of Liens And Encumbrances ("Motion To Sell Property Of The Estate"), after notice and hearing, it is hereby

**ORDERED** that the Trustee's Motion To Sell Property Of The Estate, that being the real property located at 115 Pasadena Street, Springfield, Hampden County, Massachusetts (the "Property"), to Lamont and India Clemons ("Buyer") for the price of one hundred forty thousand dollars (**$130,000.00**) is allowed.  It is further

**ORDERED** that the Trustee is authorized to make the following payments from the sale proceeds without further Order of this Court: a) typical closing costs associated with the sale of real estate; b) payment to Shellpoint Mortgage Servicing in satisfaction of its mortgage on the Property; and c) a broker commission in the amount of **$7,800** to be split evenly between BK Global Real Estate Services, Teamwork Realty Group, LLC, and Homes Logic Real Estate, each receiving $2,600.  The Trustee is further authorized to accept a payment in the amount of **$7,000** for the Bankruptcy Estate and shall hold these funds pending further Order of this Court.  It is further

**ORDERED** that the Trustee is authorized to execute any and all documents to effectuate the sale.

The hearing set for June 30, 2021 is canceled.

*/s/ Elizabeth D. Katz/*

Honorable Elizabeth D. Katz
U.S. Bankruptcy Judge

6/29/2021
Dated